**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  16-10067 |
| Plaintiff-Appellee, | D.C. No. 4:15-cr-01438-RM |
| v. | |
| JUAN JOSE GALLEGOS-LOPEZ, a.k.a. Juan Jose Gallegos, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Rosemary Marquez, District Judge, Presiding

Submitted February 14, 2017[**]

Before:     GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

Juan Jose Gallegos-Lopez appeals from the district court's judgment and

challenges the 24-month sentence imposed following his guilty-plea conviction for

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

reentry of a removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gallegos-Lopez contends that his sentence is substantively unreasonable in light of his cultural assimilation and other mitigating factors, as well as the then-proposed amendments to the illegal reentry guidelines. The court did not abuse its discretion in imposing Gallegos-Lopez's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The below-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Gallegos-Lopez's criminal history. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**